KEAN, Respondent, v. BOWLER, Appellant.

(189 N. W. 514.)

(File No. 5082. Opinion filed August 5, 1922.)

**Appeals—No Briefs After Stipulation Therefor—Appeal Deemed Abandoned—Affirmance.**

After certified copy of notice of appeal and notice of settlement of record were filed in this Court, time for serving and filing appellant's brief having been extended by stipulation, but no briefs having been filed, appeal is deemed abandoned, and judgment and order appealed from affirmed.

Smith, and Anderson, JJ., not sitting.

Appeal from Circuit Court, Day County. Hon. FRANK ANDERSON, Judge.

Action by W. P. Kean, against P. W. Bowler. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Appeal dismissed.

*C. C. Bush,* for Appellant.
*Alexander & Alexander,* for Respondent.

PER CURIAM. On February 6, 1922, certified copy of notice of appeal and notice of settlement of record were filed in this court. By stipulation filed the time for serving and filing appellant's brief was extended to March 28, 1922. No briefs having been filed and no stipulation for further extension of time therefor, the appeal will be deemed abandoned, and the judgment and order denying new trial will be affirmed.

SMITH and ANDERSON, JJ., not sitting.